UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UMB BANK, N.A., § <br> § <br> Plaintiff, § <br> v. §     Civil Action No. 4:21-cv-01154-O <br> § <br> ALL COMMERCIAL FLOORS, INC., § <br> § <br> Defendant. § | |

## QUARTERLY RECEIVERSHIP REPORT
## REPORTING PERIOD 2023-Q4

Jeff Merritt, the court-appointed receiver herein (the "Receiver"), submits for the consideration of the Court the following information regarding the status of the Receivership, asset collection efforts, and other ongoing activities. Unless otherwise stated herein, the information in this report is current as of the end of the calendar quarter ending December 31, 2023. The Receiver will supplement this report as required by the Court, as circumstances develop, and/or if the information herein materially changes.

### BACKGROUND

1. On October 22, 2021, the Court entered the Order (Docket No. 7) (the "Order") appointing the Receiver. The Order requires, *inter alia*, that All Commercial Floors, Inc. (the "Company")[1] surrender to the Receiver all property of the Company (the "Existing Property"), empowered the Receiver to control the Property, and to recover any other property, interests in property, assets, and/or claims of Company (collectively and together with the Existing Property, the "Property"), and to take any other actions necessary for the Receiver to administer the Property.

---

[1] Where applicable, the term "Company" for purposes of this report shall also mean and refer to the receivership estate.

2.  On January 27, 2023, the Court entered the Order (Docket No. 48) (the "Subsequent Order") modifying the reporting requirements from monthly to quarterly.

3.  The Subsequent Order requires a Quarterly Receivership Report (as defined in the Subsequent Order) by the Receiver as to all income received and expenses paid by the Receiver.

4.  The Receiver to date has filed the following Receivership Reports prior to the filing of this Receivership Report, all of which are available on the docket of this case.

| Docket No. | Start Date | End Date |
|---|---|---|
| 8 | 10/22/2021 | 10/31/2021 |
| 14 | 11/1/2021 | 11/30/2021 |
| 18 | 12/01/2021 | 12/31/2021 |
| 27 | n/a (supplement) | n/a (supplement) |
| 29 | 1/01/2022 | 1/31/2022 |
| 32 | 2/01/2022 | 2/28/2022 |
| 33 | 3/1/2022 | 3/31/2022 |
| 34 | 4/1/2022 | 4/30/2022 |
| 36 | 5/1/2022 | 5/31/2022 |
| 37 | 6/1/2022 | 6/30/2022 |
| 41 | 7/1/2022 | 7/31/2022 |
| 42 | 8/1/2022 | 8/31/2022 |
| 43 | 9/1/2022 | 9/30/2022 |
| 45 | 10/1/2022 | 10/31/2022 |
| 53 | 8/31/2022 | 12/31/2022 |
| 54 | 1/1/2023 | 3/31/2023 |
| 55 | 4/1/2023 | 6/30/2023 |
| 57 | 7/1/23 | 9/30/2023 |

## ACTIVITIES OF THE RECEIVER

5.  During the Reporting Period, the Receiver adhered to the Receivership Order and commenced, and/or continued, without limitation, the following activities.

   a.  Continued the review of cash flows, reviewed contracts, and/or invoices, as necessary.

   b.  Interacted with the UMB Bank N.A. to continue management and control of remaining cash and limited cash disbursements, and to provide support when requested in the collection of accounts receivable.

      c.      When necessary, interacted with bonding companies to resolve outstanding claims.

      d.      Paid remaining key trade, employee, professional fees and/or other necessary costs incurred in the receivership.

      e.      Responded to requests for information from customers and creditors as appropriate.

      f.      Addressed unsecured creditor claims and/or inquires as received.

      g.      Retained Bryan Cave Leighton Paisner to pursue claims against ACF's principal Kevin Jones. ACF's insurer is defending the claims under a Directors and Officers policy. Discovery is underway.

6.    In light of the substantial and overwhelming deficiency claim of the UMB Bank, the Receiver still does not foresee conducting a formal claims process and/or procedure through this action or otherwise under the receivership.

## **INCOME AND EXPENSES**

7.    The cash receipts and disbursements of the Company under the Receivership for the Reporting Period are shown in **Exhibit JM-Q005**, attached hereto and incorporated by reference herein.

Dated: January 17, 2024

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _/s/ Jeff Carruth_
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, TX 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-9045
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
JEFF MERRITT, RECEIVER

**EXHIBIT JM-Q005**

| 4th Quarter 2023 | |
|---|---:|
| **Sources of Cash** | |
| Deposits | 8,220.44 |
| Auction proceeds | - |
| Insurance refund | - |
| Cowboy Seat License Sale | - |
| Parasell sublease | - |
| **Total Sources of Cash** | **8,220.44** |
| | |
| **Uses of Cash** | |
| Trash removal | - |
| Vendors | - |
| Installers pay | - |
| IT | 8,296.15 |
| Rent | - |
| Utilities | - |
| Textura charge | - |
| Postage | - |
| Insurance | - |
| Bank charges | 1,120.00 |
| Waycer Kaplan | - |
| Merritt Advisors | 6,390.95 |
| Storage fees | 1,362.00 |
| Bus. Personal Prop. Taxes | - |
| Loan Repayment | - |
| Miscellaneous | - |
| IRS Penalties | - |
| Dallas Cowboy Tickets | - |
| Payroll | - |
| **Total Uses of Cash** | **$ 17,169.10** |
| | |
| **Net Cash Flow** | **$ (8,948.66)** |